No. 02–9430. WINFIELD v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9432. WOODFIN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–9435. MCGHEE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9439. ROMERO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9441. HOLGUIN-PEREZ v. UNITED STATES; and GOMEZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9446. CORDERO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9448. CARROLL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9450. BANKS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Certiorari denied.

No. 02–9453. MILLER v. UNITED STATES; SOLOMON v. UNITED STATES; and SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9454. BONNER v. UNITED STATES; and SLAUGHTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9459. LEVY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9460. LEVI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9462. CARLISLE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.